In the Matter of MICHAEL CORRIGAN, Individually and as President of the Structure Maintainers and Structure Maintainers Helpers Association and for the Members thereof Similarly Situated, et al., Petitioners, against LAZARUS JOSEPH, as Comptroller of the City of New York, et al., Respondents.— Determination confirmed, with $50 costs and disbursements to the respondents, and the proceeding dismissed. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ.; Peck, P. J., and Van Voorhis, J., dissent and vote to remit the matter to the comptroller to fix the prevailing wage for the period from July, 1938, to February 25, 1943.

PHILIP FELDMAN, Doing Business under the Name of FELLOW-BROWN CONTRACTING Co., Respondent, v. GEORGE MILLER, JR., Doing Business under the Name of MID-ISLAND PROVISION COMPANY, Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, the motion granted and place of trial changed from New York County to Nassau County. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

(May 2, 1951.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 711 CORPORATION, Respondent, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Appellants. [1400 Grand Concourse, Borough of The Bronx.] — The order and judgment of the Court of Appeals, dated January 18, 1951 (302 N. Y. 161), is made the order and judgment of this court, and the order of the Supreme Court, Bronx County, entered on or about the 14th day of June, 1946, is reversed upon the facts and the law, with $20 costs and disbursements to the appellants in this court, and the assessments of the tax commission of the city of New York for each of the years are reinstated and affirmed, with costs. Present — Glennon, J. P., Dore, Cohn, Callahan and Van Voorhis, JJ.